IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                 CHAPTER 13 CASE
                                                       NO. 08-30916-DHW

**AMBER RASHAUN SUTTON,**
**XXX-XX-6955**

     **Debtor.**

PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. Responses must be filed electronically with the Clerk or by U.S. mail addressed to: Clerk of the Bankruptcy Court, One Church Street, Montgomery, AL 36104.

## TRUSTEE'S MOTION TO MODIFY DEBTOR(S) PLAN

COMES NOW, the Trustee, by and through the undersigned counsel, and moves this Honorable Court to modify the debtor(s) plan, and as grounds for said motion, states as follows:

1. Guardian Credit Union filed a secured claim reflecting a security interest in debtor's 2006 Nissan Altima for which the debtor(s) confirmed plan does not make provisions.

2. Trustee advised debtor(s) attorney of the claim and requested the attorney to either make provisions or object; whichever was more appropriate, within 30 days. As of this date, neither has been done. The delay by the debtor(s) and/or debtor(s) attorney has been prejudicial to the creditor in this case.

WHEREFORE, the Trustee moves this Honorable Court to amend the debtor(s) plan to provide for Court Claim #36 (Trustee Claim #72) of Guardian Credit Union as secured with a value of $375.00, interest at 6.5%, and an SMP of $11.00. The debtor(s) plan payment be increased from $191.00 to $198.00 semi-monthly.

Respectfully submitted this 23rd day of March 2010.

                                                              Curtis C. Reding
                                                              Standing Chapter 13 Trustee

                                      By:    /s/ Sabrina L. McKinney
                                                     Sabrina L. McKinney
                                                     Staff Attorney
                                                     ASB-3162-I71S

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: mckinneys@ch13mdal.com

## CERTIFICATE OF SERVICE

     I, Sabrina L. McKinney, certify that a copy of the foregoing TRUSTEE'S MOTION TO MODIFY DEBTOR(S) PLAN has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, this 23rd day of March 2010.

                                                            /s/ Sabrina L. McKinney
                                                            Sabrina L. McKinney

Amber Rashaun Sutton
3765 Hunting Creek Road
Montgomery, AL  36116

Vonda S. McLeod *(Debtor's Attorney)* (electronic filing)

Guardian Credit Union
c/o Leonard N. Math, Esq.
P.O. Box 230759
Montgomery, AL  36123-0759

Guardian Credit Union
P.O. Box 3199
Montgomery, AL  36109-0199